**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-1176

———————

JERRY BEATY,

                              Plaintiff - Appellant,

        versus

BARDON, INCORPORATED, d/b/a Merit Concrete,
Incorporated,

                              Defendant - Appellee,

        and

TEDD SCHOCH; RICHARD CODRINGTON; ANTHONY
FABIAN; DANIEL AHLBORN,

                              Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-1494-AW)

———————

Submitted:  May 25, 2000          Decided:  June 2, 2000

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Beaty, Appellant Pro Se.  Norman Robert Buchsbaum,  Balti-
more, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Beaty appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Beaty v. Bardon, Inc.</u>, No. CA-99-1494-AW (D. Md. Jan. 6, 2000).[*] We deny Beaty's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on January 4, 2000, the district court's records show that it was entered on the docket sheet on January 6, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).